# IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITE HERE HEALTH, A MULTI-EMPLOYER HEALTH AND WELFARE TRUST, AS DEFINED IN ERISA SECTION3(37); AND NEVADA HEALTH SOLUTIONS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

        Petitioners,

    vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,

        Respondents,

        and

THE STATE OF NEVADA COMMISSIONER OF INSURANCE, BARBARA D. RICHARDSON, IN HER OFFICAL CAPACITY AS RECEIVER FOR NEVADA HEALTH CO-OP,

        Real Parties in Interest.

No. 83135

**FILED**

APR 0 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-10710

cc: Hon. Timothy C. Williams, District Judge
Bailey Kennedy
Lewis Roca Rothgerber Christie LLP/Las Vegas
Greenberg Traurig, LLP/Las Vegas
Eighth District Court Clerk